WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ROBERT G. BROWN,

   Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

   Defendant.

CASE NO.: **EDCV 14-00101 E**

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

  Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

  **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED FIFTY DOLLARS and NO/cents ($2,750.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 1/9/15

        UNITED STATES MAGISTRATE JUDGE

1